## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :         **Chapter 7**

    **MDC SYSTEMS, INC.**              :

                                    :

            **Debtor(s)**        :         **Bky. No. 08-14669ELF**

## O R D E R

      **AND NOW**, upon consideration of the Objection ("the Objection") to the Proof of Claim

of  Brandywine Operating Partnership, L.P. (Proof of Claim No. 4), filed by Graf & Graf, P.C.

("the Objector"), and after a preliminary hearing, and upon consideration of the written

submissions of the Objector and Michael Kaliner, the chapter 7 Trustee ("the Trustee"),

      It is hereby **ORDERED** that:

1.  The Objection is **DISMISSED WITHOUT PREJUDICE.**

2.   If the Trustee raises an estate sufficient to provide for a distribution to general unsecured

    creditors, the Objector retains the right, in the future, to seek court authority to re-assert the

    Objection on behalf of the bankruptcy estate consistent with the principles set forth in <u>Fred</u>

    <u>Reuping Leather Co. v. Fort Greene Nat. Bank</u>, 102 F.2d 372, 372-73 (3d Cir. 1939) (general

    creditor of debtor has no right to contest another creditor's unless without court permission

    and unless the trustee has refused to do so) and <u>In re Morrison</u>, 69 B.R. 586, 589 (Bankr. E.D.

    Pa. 1987) (creditor seeking to exercise Trustee's powers on behalf of the estate must obtain

    permission from the court and must establish that the Trustee's failure to act is an abuse of

    discretion).

**Date: July 7, 2009**

                              **ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**