**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| MDC SYSTEMS, INC. | : | |
| Debtor. | : | Bky. No. 08-14669 ELF |

# O R D E R

**AND NOW,** upon consideration of Graf and Graf, P.C.'s Objection ("the Objection") to the Proof of Claim filed by Brandywine Operating Partnership, L.P. (Claim No. 4), and after a hearing, and pursuant to 11 U.S.C. §502(b)(6), and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that

1. The Debtor's Objection to Claim No. 4 is **SUSTAINED IN PART**.

2. Claim No. 4 is **ALLOWED** in the amount of **$400,171.94** and the balance of the claim is **DISALLOWED**.

Date: <u>January 17, 2013</u>

                                        **ERIC L. FRANK**
                                        **UNITED STATES BANKRUPTCY JUDGE**